ARTHUR R. WOODS, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Woods* v. *Long Island R. R. Co.*, 11 App. Div. 16, affirmed.
(Argued April 27, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

December 16, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*W. C. Beecher* and *William J. Kelly* for appellant.

*J. Newton Fiero* and *A. N. Weller* for respondent.

. Order and judgment affirmed on opinion below, with costs. All concur, except GRAY, J., dissenting.